# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| JOSE CARLOS SANCHEZ,<br><br>    Plaintiff,<br><br>    v.<br><br>MASSACHUSETTS PARTNERSHIP FOR<br>CORRECTIONAL HEALTH, et al.,<br><br>    Defendants. | Civil Action No.<br>16-11062-FDS |

## MEMORANDUM AND ORDER OF DISMISSAL

**SAYLOR, J.**

Plaintiff Jose Carlos Sanchez has filed a complaint alleging that the defendants failed to advise him of the risks of the medication Risperdal.  On July 6, 2016, this Court issued a memorandum and order directing Sanchez to file an amended complaint by August 17, 2016, that cured the deficiencies of the original complaint or, in the alternative, to demonstrate good cause in writing why this action should not be dismissed.  To date, Sanchez has failed to file an amended complaint or a show-cause response, and the time period for doing so has expired.

On August 9, 2016, Sanchez filed a motion in a different civil action pending in this Court, against the manufacturer of Risperdal, seeking to change the amount of relief sought.  *See Sanchez v. Johnson & Johnson, et al.*, Civil Action No. 15-10264-DJC.  In light of this, it appears that Sanchez has chosen to concentrate his efforts in that action and abandon prosecution of this action.

In any event, because Sanchez has failed to comply with this Court's directives, and for the substantive reasons stated in the prior memorandum and order, this action is hereby DISMISSED.  This dismissal is deemed to be a decision on the merits for purposes of the three-strike rule of 28 U.S.C. § 1915(g).

**So Ordered.**

                                          /s/ F. Dennis Saylor  
                                          F. Dennis Saylor IV  
Dated: August 30, 2016                United States District Judge